**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMIHAN ALMEROL GONZALES,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>    Garnishee. | NO. 2:17-MC-0151-RSL<br><br>(2:94-CR-0128-2)<br><br>[~~Proposed~~] Agreed Continuing Garnishee Order |

A Writ of Continuing Garnishment directed to Garnishee, American Equity Investment Life Insurance Company (American Equity), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee American Equity filed its Answer on December 19, 2017, stating that at the time of the service of the Writ, Garnishee had possession, custody, or control of two annuity contracts in which Defendant/Judgment Debtor Amihan

[~~PROPOSED~~] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Amihan Almerol Gonzales and American Equity Investment Life Insurance Company*, USDC#: 2:17-MC-0151-RSL / 2:94-CR-0128-2) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Almerol Gonzales (Ms. Gonzales) maintained a substantial nonexempt interest.

After notification of the garnishment proceeding was mailed to the parties on or about December 8, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date. On January 16, 2018, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that Ms. Gonzales had agreed to pay her outstanding restitution obligation in full via the annuities held by American Equity. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Ms. Gonzales and bearing her and her attorney's signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, American Equity Investment Life Insurance Company, shall pay to the United States District Court for the Western District of Washington, all non-exempt property in its possession, custody, or control payable to Ms. Gonzales, not to exceed $82,234.00;

That such payment shall be withdrawn first from Ms. Gonzales's annuity contract account ending in -967 and, if necessary, then from her annuity contract ending in -568;

That such payment(s) shall be applied to Ms. Gonzales's outstanding obligation by the United States District Court for the Western District of Washington; and

//

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Amihan Almerol Gonzales and American Equity Investment Life Insurance Company*, USDC#: 2:17-MC-0151-RSL / 2:94-CR-0128-2) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  That the payment(s) shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:94-CR-0128-2 and 2:17-MC-0151-RSL, and delivered either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101.

DATED this 17th day of January, 2018.

_____
Robert S. Lasnik
United States District Court Judge

Presented by:

Please see next page for signatures.

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(USA v. Amihan Almerol Gonzales and American Equity Investment Life Insurance Company, USDC#: 2:17-MC-0151-RSL / 2:94-CR-0128-2) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

*[signature]*

AMIHAN ALMEROL GONZALES
Defendant/Judgment Debtor

*[signature]*

JAMES SHARMAT, California Bar # 150888
Attorney for Defendant/Judgment Debtor

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(USA v. Amihan Almerol Gonzales and American Equity Investment Life
Insurance Company, USDC#: 2:17-MC-0151-RSL / 2:94-CR-0128-2) - 4

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970